Michael W. RICE, Respondent,

v.

**Carla E. RICE, Appellant.**

### WD 78734

Missouri Court of Appeals,
Western District.

Filed: August 2, 2016

Angela S. Silvey, Jefferson City, for appellant

Clifford W. Cornell, Jefferson City, for respondent

Before Division Four: Alok Ahuja, P.J., Anthony Rex Gabbert, J. and Thomas Fincham, Sp. J.

### ORDER

PER CURIAM:

Carla Rice appeals a judgment of the Circuit Court of Cole County dissolving her marriage to Respondent Michael Rice. On appeal, Ms. Rice challenges both the child custody and property-related provisions of the judgment. We affirm. Because a published opinion would have no precedential value, we have provided the parties

---

an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).